UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:06 CR 125- 01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| MANUEL VALDEZ-GOMEZ, | ) | **AGREEMENT, JUDGMENT** |
| | ) | |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Baughman regarding the change of plea hearing and plea agreement of Manuel Valdez-Gomez which was referred to the Magistrate Judge with the consent of the parties.

On May 9, 2006, the government filed a thirty-six count superseding indictment charging Defendant Manuel Valdez-Gomez with conspiracy to smuggle aliens into and within the United States in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); conspiracy to commit mail fraud, wire, fraud, document fraud and structuring financial transactions in violation of Title 18 United States Code, Section 371; aiding and abetting bringing aliens into the United States in violation of Title 8 United States Code, Section 1324(a)(2) and Title 18

United States Code, Section 2; aiding and abetting mail fraud in violation of Title  18 United States Code, Section 1341; aiding and abetting the structuring of money transactions in violation of Title 31 United States Code, Section 5324(a)(3) and 5324(d)(2) and Title 18 United States Code, Section 2; aiding and abetting money laundering in violation of Title 18 United States Code, Section 1956(a)(1)(B)(i) and Section 2; and aiding and abetting money laundering in violation of Title 18 United States Code, Section 1956(a)(1)(B)(i) and Section 2.   On January 23, 2007, a hearing was held in which Defendant Valdez-Gomez was arraigned and  entered plea of guilty to counts 1s, 3s, 5s-8s, 14s, 16s, 28s, 34,s before Magistrate Judge Baughman.  On January 23, 2007, Magistrate Judge Baugman issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Valdez-Gomez is found to be competent to enter a plea and to understand his constitutional rights. He  is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Manuel Valdez-Gomez is adjudged guilty of Count One in violation of  Title 8 Section 1324(a)(2)(B)(iii), Count 3 in violation of Title 18 Section 371, Counts 5-8 in violation of Title 8 Section 1324(a)(2)(B)(ii) and Title 18 Section 2, Count 14 in violation of Title 18 Section 1341 and 2, Count 16 in violation of Title 31 Section 5324(a)(3) and

(d)(2) and Title 18 Section 2, and Counts 28 and 34 in violation of Title 18 Section 1956(a)(1)(B)(i) and 2.

    IT IS SO ORDERED.

                                          /S/*SOLOMON OLIVER, JR.*
                                          UNITED STATES DISTRICT JUDGE