IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR125 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| YOLANDA SOSA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JESUS SOSA-ORTIZ, | ) | |
| | ) | |
| Defendants. | ) | <u>FINAL ORDER OF FORFEITURE</u> |

It appears to the Court that proper proceedings for the issuance of a Final Order of Forfeiture have been had in this case as follows:

1. By the Preliminary Order of Forfeiture, filed February 8, 2007 [Dkt. No. 493], the following properties were forfeited to the United States under 8 U.S.C. § 1324(b) and 28 U.S.C. § 2461(c); and, 18 U.S.C. § 982(a)(6), for disposition in accordance with law, subject to the provisions of 21 U.S.C.

§ 853(n):

    a.) 2515 East Adams Street, Phoenix, Arizona; Parcel No. 121-63-086.

    b.) 6405 West La Reata Avenue, Phoenix, Arizona; Parcel No. 103-11-162.

    2. Under 21 U.S.C. § 853(n), third parties asserting a legal interest in initially forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

    3. The United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Arizona Business Gazette</u>. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the initially forfeited properties. Attached hereto as Exhibit 1 is a copy of the notice.

    4. No third party claims to the subject properties were made as a result of the published notification.

    Accordingly, it is ORDERED, ADJUDGED, and DECREED:

    5. The following property is finally forfeited to the United States, and no right, title or interest shall exist in any other party: 2515 East Adams Street, Phoenix, Arizona; Parcel No. 121-63-086. The United States shall seize and take control of

this property, and shall dispose of it in accordance with law.

6. The United States is authorized to seize and take control of the following property, and it is finally forfeited to the United States for disposition in accordance with law: 6405 West La Reata Avenue, Phoenix, Arizona; Parcel No. 103-11-162. The proceeds of the sale of the property shall be paid in the following priority:

a.) To the United States for the payment of all reasonable expenses incurred in the preservation of the property; all outstanding property taxes due and owing in accordance with federal law; and, the reasonable costs of the sale of the property.

b.) Upon the sale of the property, the mortgage holder shall be paid the following from the proceeds of the sale: the outstanding balance lawfully due the mortgage holder on the date of the sale.[1]

c.) The balance of the sale proceeds remaining after the above disbursements shall be forfeited to the United States.

SO ORDERED this  30  day of  January, 2008.,  XXXX.

/s/SOLOMON OLIVER, JR.
Solomon Oliver, Jr.
United States District Judge

---

[1] On May 11, 2004, a Deed of Trust was recorded (Maricopa County Recorder #2004-520286) for $87,183.95 between defendant Yolanda Sosa and the lender/beneficiary, Bank of America, N.A., 2299 West Obispo Avenue, Gilbert, Arizona (loan #3300127465).